UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and ) | |
| ) | |
| MONSANTO TECHNOLOGY, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 4:09-CV-1848 |
| ) | |
| DENNIS GERMANN, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER ON PLAINTIFFS' MOTIONS FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY AND PROTECTIVE ORDER

This matter is before the Court on Plaintiffs' Motions for Temporary Restraining, Expedited Discovery and Protective Order.

On November 13, 2009, the parties, through counsel, appeared before the Court for a hearing on Plaintiffs' pending motions. The parties have agreed to the entry of this Order, as follows:

1. Defendant will provide Plaintiffs or its agents with written answers to Plaintiffs' Interrogatory Numbers 1, 2, and 3 in Plaintiffs' First Set of Interrogatories, Requests for Production and Requests for Entry Upon Land, by noon, Saturday, November 14, 2009, or to Plaintiffs' sampling team at or before their sampling and inspection of soybean fields farmed by Defendant in 2009 as provided for herein.

2. Defendant will produce the documents requested for in Plaintiffs' Request for Production Number 1 at the same time he provides the answers to interrogatories above.

5036763.3

3. On or after noon on Saturday, November 14, 2009, Monsanto's sampling team will appear at Defendant's residence at 23918 CR 221, Carrollton, Missouri 64633 for inspection and sampling requested in Plaintiffs' Motion for Expedited Discovery for those soybean fields not yet harvested by defendant.

4. The parties agree to further inspection and sampling of Defendant's soybean fields that have not been harvested as of 4:00 p.m. on Friday, November 13, 2009, at a mutually agreed time at or before December 5, 2009, or such other time as may be agreed upon by the parties.

5. Defendant consents to the entry of the Protective Order ~~for~~ Attached to Plaintiffs' Motion for Expedited Discovery (attached hereto).

Dated this 13th day of November, 2009.

**Respectfully submitted,**

THOMPSON COBURN LLP

By /s/
Raymond L. Massey, Mo. E.D. Bar # 3764
Daniel C. Cox, Mo. E.D. Bar # 57781
Jeffrey A. Masson, Mo. E.D. Bar # 5239927
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology, LLC*

BROWN & JAMES, P.C.

By Matt Koehler
Matthew Koehler, Mo. # 48760
1010 Market Street
20th Street
St. Louis, Missouri 63101
314-242-5267
FAX 314-242-5467

*Attorneys for Dennis Germann*

SO ORDERED

/s/
UNITED STATES DISTRICT JUDGE