UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and <br> MONSANTO TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS GERMAN, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:09CV1848 HEA <br> ) <br> ) <br> ) <br> ) |

## ORDER

Plaintiffs, Monsanto Company and Monsanto Technology, LLC, filed a Motion to Compel [Doc. No. 31] seeking the production of eight categories of documents. Defendant Dennis German ("Defendant") responded, in part, to the motion [Doc. No. 34].

Accordingly,

**IT IS HEREBY ORDERED** that Monsanto's Motion to Compel is granted in the following respects and Defendant Dennis German must produce: a complete set of seed purchase records from 2004 through 2008; the FSA Farm and Tract Detail Listing with maps for any year; his wife's FSA records; herbicide records from 2008 and 2009; a complete set of crop insurance documents; all documents

concerning soybeans he planted for others; and schedule F tax filings and any attached or supporting documents.

**IT IS FURTHER ORDERED** that Defendant must respond to Monsanto's contention interrogatories.

**IT IS FURTHER ORDERED** that the Court grants Monsanto's Request for Production of Documents No. 24.

Dated this 12th day of May, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE